UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Darwin Dutter<br><br>    Plaintiff,<br>v.<br><br>Jefferson Capital Systems, LLC<br><br>  Defendant. | **Case No. 20-cv-00862** |

## NOTICE OF SETTLEMENT

A settlement has been reached between the parties. A notice of voluntary dismissal with prejudice will be filed within 60 days of when the settlement agreement is signed by the Plaintiff.

           /s/ Matthew C. Lein
           Matthew C. Lein
           State Bar No. 1084028
           Attorneys for Plaintiff
           **LEIN LAW OFFICES, LLP**
           15692 Hwy 63 North
           PO Box 761
           Hayward, Wisconsin 54843
           Telephone: (715) 634-4273
           Facsimile: (715) 634-5051
           mlein@leinlawoffices.com