UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Darwin Dutter<br>　　　　Plaintiff,<br>v.<br><br>Jefferson Capital Systems, LLC<br><br>　　　　Defendant. | Case No. 20-cv-00862 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Darwin Dutter hereby requests that the Court dismiss Plaintiff's claims with prejudice as to Defendant Jefferson Capital Systems, LLC and with all rights of appeal waived, all parties to bear their own fees and costs.

　　　　　　　　　　　　　　　　　　　　/s/ Matthew C. Lein
　　　　　　　　　　　　　　　　　　　　Matthew C. Lein
　　　　　　　　　　　　　　　　　　　　State Bar No. 1084028
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　**LEIN LAW OFFICES, LLP**
　　　　　　　　　　　　　　　　　　　　15692 Hwy 63 North
　　　　　　　　　　　　　　　　　　　　PO Box 761
　　　　　　　　　　　　　　　　　　　　Hayward, Wisconsin 54843
　　　　　　　　　　　　　　　　　　　　Telephone: (715) 634-4273
　　　　　　　　　　　　　　　　　　　　Facsimile: (715) 634-5051
　　　　　　　　　　　　　　　　　　　　mlein@leinlawoffices.com